Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  December 15, 2016                    106951
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                        MEMORANDUM AND ORDER

SHAQUAN OLIVER, Also Known as
    DEUCE,
                        Appellant.
_____

Calendar Date:  October 25, 2016

Before:  Garry, J.P., Rose, Devine, Mulvey and Aarons, JJ.

                        _____

        Matthew C. Hug, Albany, for appellant.

        P. David Soares, District Attorney, Albany (Christopher D.
Horn of counsel), for respondent.

                        _____

        Appeal from a judgment of the Supreme Court (Breslin, J.),
rendered March 20, 2014 in Albany County, convicting defendant
upon his plea of guilty of the crime of robbery in the first
degree.

        In satisfaction of a nine-count superceding indictment
charging him with felony murder and other crimes, defendant
pleaded guilty to robbery in the first degree and waived his
right to appeal.  Consistent with the plea agreement, defendant
was sentenced as a second violent felony offender to a 15-year
prison term with five years of postrelease supervision, to be
served consecutively to the sentence he was serving on a prior
conviction.  This appeal followed.

        Appellate counsel seeks to be relieved of his assignment of

representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal.  Based upon our review of the record and defense counsel's brief, we agree. Therefore, the judgment of conviction is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Garry, J.P., Rose, Devine, Mulvey and Aarons, JJ., concur.

ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court